

FASULO BRAVERMAN & DI MAGGIO, LLP

## ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

October 1, 2021

Hon. Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

*10/4/2021*

*Bail limitation expanded to include the WPPa*
*Ordered*
*Paul A Crotty*
*USDJ*

**Re:     *United States v. Jason Birnbaum***
         ***Case No.: 21 CR 595 (PAC)***

Dear Judge Crotty,

    On September 28, Mr. Birnbaum was arraigned on an Information and subsequently plead guilty before Your Honor in this matter. He was released on a $200,000 bond that is to be secured by cash or property, and was approved to travel to the SDNY, EDNY, DNJ, and SD FL.

    Mr. Birnbaum's children reside in the Western District of Pennsylvania. In order for him to regularly visit his children without court intervention, I respectfully request the bond be amended to include the Western District of Pennsylvania among the approved Districts where Mr. Birnbaum may travel.

    The Government has no objection to this request.

Respectfully submitted,

s/Sam Braverman
Samuel M. Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: Daniel Loss, AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724