

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

December 20, 2021

**12/22/2021**
**The January 6 sentencing is adjourned to March 3, 2022 at 4PM. SO ORDERED.**

Hon. Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York

Re: United States v. Jaeson Birnbaum
Case No.: 21 Cr. 595 (PAC)

Dear Judge Crotty,

    I represent Jaeson Birnbaum in the above referenced matter, which is scheduled for sentencing on January 6, 2021. In order to provide additional time to prepare for sentencing, including gathering materials and information relevant to my client's sentence, I respectfully request an adjournment of Mr. Birnbaum's sentencing hearing by at least 60 days. This is my first adjournment request.

    The Government has no objection, provided the adjournment of the sentencing hearing is no longer than 60 days.

    I am available anytime during the week of March 7 or thereafter.

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact the office

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: AUSA (via ECF)

225 Broadway, Suite 715 | 505 Eighth Avenue, Suite 300 | 1086 Teaneck Rd, Ste 3A
New York, New York 10007 | New York, New York 10018 | Teaneck, New Jersey 07666
Tel (212) 566-6213 | Tel (212) 967-0352 | Tel (201) 569-1595
Fax (212) 566-8165 | Fax (201) 596-2724 | Fax (201) 596-2724