

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

February 17, 2022

Hon. Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Jaeson Birnbaum*
*Case No.: 21 Cr. 595 (PAC)*

Dear Judge Crotty,

    I represent Jaeson Birnbaum who is scheduled to be sentenced in the above referenced matter on March 3, 2022. In order to conduct further investigation and retrieve information relevant to Mr. Birnbaum's sentencing, I respectfully request a 60-day continuance of the sentencing hearing.

    The Government has no objection to this request.

    Thank you for your attention in this matter. If you require further information, please do not hesitate to contact me.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA (via ECF)