

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

May 25, 2022

5/31/2022
The June 8 sentencing is adjourned to July 7, 2022 at 2:45 PM. The sentencing memo is due by July 5, 2022. SO ORDERED.

*/s/ Paul A. Crotty*

Hon. Paul A. Crotty
United States District Court for the
District of New Jersey
500 Pearl Street
New York, New York 10007

Re:   United States v. Jaeson Birnbaum
      Case No.: 21 Cr. 595 (PAC)

Dear Judge Crotty,

    I represent Jaeson Birnbaum in the above-referenced matter. Mr. Birnbaum's sentencing hearing is scheduled for June 8. I am still in the process of retrieving documents that will be pertinent to his sentencing. As a result, I respectfully request an extension of time to submit the sentencing submission in this case, and an adjournment of Mr. Birnbaum's sentencing hearing.

    I have spoken with AUSA Daniel Loss, and the Government has no objection to a 30-day adjournment.

    I ask that the court adjourn the sentencing hearing to the week of July 4, July 25, August 15, or sometime thereafter amenable to the court.

    Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact the office.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   Daniel Loss, AUSA

| 225 Broadway, Suite 715 | 505 Eighth Avenue, Suite 300 | 1086 Teaneck Rd, Ste 3A |
|---|---|---|
| New York, New York 10007 | New York, New York 10018 | Teaneck, New Jersey 07666 |
| Tel (212) 566-6213 | Tel (212) 967-0352 | Tel (201) 569-1595 |
| Fax (212) 566-8165 | Fax (201) 596-2724 | Fax (201) 596-2724 |