```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER OF
                                    :    RESTITUTION
         - v. -                     :
                                    :    21 Cr. 595 (PAC)
JAESON BIRNBAUM,                    :
                                    :
                    Defendant.      :
                                    :
                                    :
------------------------------------X
```

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Daniel Loss, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case it is hereby ORDERED that:

1. **Amount of Restitution.** JAESON BIRNBAUM, the defendant, shall pay restitution to the known victims of the offense charged in Count One of the Information in the total amount of $2,661,072.24. The name, address, and amount of restitution owed to each victim of the offense charged in Count One of the Information is set forth in the Schedule of Victims attached hereto. To the extent that any payments are made to victims from the Cash4Cases bankruptcy estate, the amounts of such payments shall be credited against BIRNBAUM's restitution obligations. Upon advice of a change of address, the Clerk

1

of the Court is authorized to send payments to the new address without further order of this Court.

2. **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) and 3663(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained or used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:  New York, New York
        July __, 2022

                                    SO ORDERED:

                                    _____
                                    HONORABLE PAUL A. CROTTY
                                    UNITED STATES DISTRICT JUDGE