

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

November 3, 2022

Hon. Paul A. Crotty
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

11/28/2022

Re:   *United States of America v. Jaeson Birnbaum*
      *Case No.: 21 Cr. 595 (PAC)*

Dear Judge Crotty,

I represent Jaeson Birnbaum, who was previously sentenced before Your Honor. Prior to sentencing, Mr. Birnbaum was released on bail and his passport was surrendered to Pre-Trial Services. Mr. Birnbaum is currently serving his sentence in the custody of the Bureau of Prisons, and requests that his passport be returned to his wife Jacque Nigro. Accordingly, pursuant to Pre-Trial Services' protocol, I respectfully request the Court order Pre-Trial Services to return the passport to Mr. Birnbaum's wife Jacque Nigro.

[Handwritten annotation: "The request is granted. So ordered. Paul A. Crotty USDJ"]

Thank you for your attention in this matter.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213