USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JAESON BIRNBAUM,<br>                              Defendant. | 21 Cr. 0595 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      This case has been reassigned to this Court. The Court is in receipt of a Request for Court Action or Direction from the Probation Office with respect to an application from Defendant to travel internationally. It is hereby ORDERED that:

- Probation shall provide a copy of this Request to the parties forthwith;

- By **February 14, 2025**, the Government shall file a letter stating its position regarding Defendant's application; and

- By **February 14, 2025**, Probation shall provide the Court with the U.S. Marshals' response concerning the status of payments towards Defendant's forfeiture obligation.

SO ORDERED.

Dated: February 13, 2025
      New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge